IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Vertellus Holdings LLC, *et al.*

Plaintiffs,

v.

W. R. Grace & Co.-Conn.,

Defendant.

Case No. 1:18-CV-03298-SAG-ADC

## DEFENDANT W. R. GRACE & CO.-CONN.'S MOTION TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Plaintiffs ("Vertellus") have filed a motion to compel production of documents protected by attorney-client privilege and attorney work product. (ECF No. 118.)  In its Reply in support of the motion, Vertellus added three exhibits not included in its original motion.  Vertellus mischaracterizes the new exhibits to support new factual allegations that are material to Vertellus's arguments in the motion.[1]  In order to respond to these new exhibits and correct the strategically misleading descriptions Vertellus has provided, Grace respectfully requests leave to file a short sur-reply, included herewith as Ex. 10.[2]  *See Noohi v. Toll Bros.*, No. CIV.A. RDB-11-00585, 2012

---

[1] Vertellus's Local Rule 104.7 Certificate also contains out-of-context and misleading statements, all of which are inappropriately included in a document that, per the Local Rules, is clearly limited to "reciting (a) the date, time, and place of the discovery conference, and the names of all persons participating therein, or (b) counsel's attempts to hold such a conference without success; and (c) an itemization of the issues requiring resolution by the Court."  While Grace finds Vertellus's decision to mischaracterize the parties' conferences and negotiations troubling, ultimately these statements are immaterial to the case.  Vertellus's Rule 104.7 Certificate reflects yet another instance of Vertellus failing to abide by the Local Rules of this Court, despite having already been informed, on multiple occasions, of the proper procedure.  Grace nonetheless assumes the Court is not interested in a back-and-forth on the particulars of the parties' meet-and-confer efforts, but is prepared to respond at the Court's request if and as necessary.

[2] To avoid confusion, Grace has continued the exhibit numbering conventions of the Motion to Compel briefing.

WL 70648, at *1 (D. Md. Jan. 5, 2012) (granting a motion to file a sur-reply to address issues raised for the first time in a reply brief).

<div style="margin-left: 50%;">

Respectfully submitted,

</div>

Dated:  May 21, 2020

<div style="margin-left: 50%;">

/s/ Michael B. MacWilliams
Michael B. MacWilliams, Fed. Bar No. 23442
MBMacWilliams@Venable.com
Elizabeth C. Rinehart, Bar No. 19638
LCRinehart@Venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
T: (410) 244-7400
F: (410) 244-7742
*Attorneys for Defendant W. R. Grace & Co.-Conn.*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2020, a copy of the foregoing was served via the Court's CM/ECF system upon the following:

Andrew Jay Graham
Philip M Andrews
Justin Akihiko Redd
Kramon and Graham PA
One South St Ste 2600
Baltimore, MD 21202
410-752-6030 (t)
410-539-1269 (f)
agraham@kg-law.com
pandrews@kg-law.com
jredd@kg-law.com

Deborah Pollack-Milgate
Jessica Lindemann
Leah Seigel
Barnes and Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204
317-231-7339 (t)
317-231-7433 (f)
dpollackmilgate@btlaw.com
jlindemann@btlaw.com
lseigel@btlaw.com

Michael D Bonanno
Scott L Watson
Quinn Emanuel Urquhart and Sullivan LLP
1300 I St. NW Ste. 900
Washington, DC 20005
202-538-8000 (t)
202-538-8100 (f)
mikebonanno@quinnemanuel.com
scottwatson@quinnemanuel.com

Mike McNally
Delk McNally LLP
211 South Walnut Street
Muncie, IN 47305
765-896-9495 (t)
888-453-0545 (f)
mcnally@delkmcnally.com

*Attorneys for Plaintiffs*

 /s/ Michael B. MacWilliams
Michael B. MacWilliams

- 3 -