IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Vertellus Holdings LLC, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:18-CV-03298-SAG |
| W.R. Grace & Co.-Conn., | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT AMENDED SCHEDULING ORDER**

The parties, through their respective counsel, stipulate to the following extension of the current scheduling order (ECF No. 114).

| Event | Current Deadline | Agreed Proposed Date |
|---|---|---|
| Opposing Rule 26(a)(2) disclosures: | October 16, 2020 | October 30, 2020 |
| Rebuttal Rule 26(a)(2) disclosures: | October 30, 2020 | November 30, 2020 |
| Discovery deadline/status report: | November 20, 2020 | December 18, 2020 |
| Requests for admission: | December 11, 2020 | December 11, 2020 |
| Dispositive pretrial motions deadline: | January 8, 2021 | January 15, 2021 |

SO ORDERED:           /s/           10/5/2020
                A. David Copperthite
                United States Magistrate Judge

18388/0/03477287.DOCXv2