IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Vertellus Holdings LLC, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>W. R. Grace & Co.-Conn.,<br><br>　　　　Defendant. | Case No. 1:18-CV-03298-SAG |

**MOTION TO FILE UNDER SEAL –
VERTELLUS'S MOTION TO EXCLUDE THE SENSITIVITY ANALYSIS
PREPARED BY DEFENDANT GRACE'S EXPERT DR. CHRISTINE MEYER**

Plaintiffs Vertellus Holdings LLC, Vertellus Integrated Pyridines LLC, Vertellus LLC, Vertellus Specialty Chemicals (Nantong) Co., Ltd., and Vertellus Shanghai Trading Co., Ltd., ("Vertellus"), by their undersigned counsel, and in accordance with Local Rule 105.11, hereby moves to seal its Motion to Exclude the Sensitivity Analysis Prepared by Defendant Grace's Expert Dr. Christine Meyer, ("Motion") and all Exhibits thereto:

The Court entered a First Amended Stipulated Protective Order on July 1, 2019 (ECF No. 62). The First Amended Stipulated Protective Order permits parties to designate information and documents produced in this case as Confidential, Highly Confidential, and Restricted Confidential. Documents thus designated cannot be publicly filed. Plaintiff's Motion and Exhibits contain information that the parties have so designated under the Protective Order and therefore must be filed under seal. Less restrictive alternatives such as redaction would be impracticable because of the volume of protected information in the filing. Full, unredacted copies will be contemporaneously served on counsel for Defendant W.R. Grace & Co.-Conn. via electronic means.

WHEREFORE, Vertellus requests that this Court enter an Order sealing its Motion to Exclude the Sensitivity Analysis Prepared by Defendant Grace's Expert Dr. Christine Meyer and all exhibits thereto.

Dated:  June 4, 2021

Respectfully submitted,

 */s/ Philip M. Andrews*
Andrew Jay Graham (Federal Bar No. 00080)
Philip M. Andrews (Federal Bar No. 00078)
Justin A. Redd (Federal Bar No. 18614)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202
Tel:   410-752-6030
Fax:   410-539-1269
agraham@kg-law.com
pandrews@kg-law.com
jredd@kg-law.com

Of Counsel (admitted *pro hac vice*):

Deborah Pollack-Milgate
Jessica M. Lindemann
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
Fax: (317) 231-7433
dpollackmilgate@btlaw.com
Jessica.Lindemann@btlaw.com

Scott L. Watson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel: (213) 443-3000
Fax: (213) 443-3100
scottwatson@quinnemanuel.com

Mike Bonanno
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemmanuel.com

Michael T. McNally
Delk McNally LLP
211 South Walnut Street
Muncie, Indiana 47305
Phone: (765) 896-9495
Fax: (888) 453-0545
mcnally@delkmcnally.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2021, a copy of the foregoing was served on all counsel of record via CM/ECF.

>                             */s/ Philip M. Andrews*
>                             Philip M. Andrews