IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Vertellus Holdings LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>W. R. Grace & Co.-Conn.,<br><br>Defendant. | Case No. 1:18-CV-03298-SAG |

**DEFENDANT W. R. GRACE & CO.-CONN.'S MOTION TO SEAL
OPPOSITIONS TO VERTELLUS'S *DAUBERT* MOTIONS**

Defendant W. R. Grace & Co.-Conn. ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 105.11, hereby files this Motion to Seal Oppositions to Vertellus's *Daubert* Motions (the "Motion to Seal"), and respectfully moves this Court for an Order placing Defendant's Opposition to Vertellus's Motion to Exclude the Sensitivity Analysis Prepared by Dr. Christine Meyer and Opposition to Vertellus's Motion to Exclude the Opinions of Dr. Wolfgang Hölderich, and accompanying memoranda and exhibits (ECF Nos. 176 and 177, respectively, and collectively, the "Oppositions") **under seal**.  In support of its Motion to Seal, Defendant states as follows:

1. The Court entered a First Amended Stipulated Protective Order on July 1, 2019 (ECF No. 62 and hereinafter, the "Protective Order").  The Protective Order permits parties to designate information and documents produced in this case as "Confidential," "Highly Confidential," and "Restricted Confidential."  Documents thus designated cannot be publicly filed. (*Id.* at 5-12.)

2. The Oppositions discuss information that the parties have designated as "Confidential," "Highly Confidential," and "Restricted Confidential" under the Protective Order because the information reveals trade secrets and other confidential processes, data, and facts about the parties and their respective businesses.

3. Therefore, in order to comply with the Protective Order, maintain the confidentiality of the materials designated as "Confidential," "Highly Confidential," and "Restricted Confidential," and protect the sensitive information discussed in the Oppositions, Grace respectfully requests that this Court enter an Order sealing the Oppositions. These documents have been filed **under seal** at ECF Nos. 176 and 177.

WHEREFORE, Grace respectfully requests that this Court enter an Order placing the Oppositions **under seal**.

A proposed order is attached.

[*signatures on next page*]

Dated: June 18, 2021                                  Respectfully Submitted,


                                             */s/ Michael B. MacWilliams*
                                             Michael B. MacWilliams, Bar No. 23442
                                             MBMacWilliams@Venable.com
                                             Elizabeth C. Rinehart, Bar No. 19638
                                             ECRinehart@Venable.com
                                             VENABLE LLP
                                             750 E. Pratt Street, Suite 900
                                             Baltimore, Maryland 21202
                                             Tel: (410) 244-7400
                                             Fax: (410) 244-7742

                                                                 -and-

                                             Christopher P. Borello (*pro hac vice*)
                                             CBorello@Venable.com
                                             James R. Tyminski (*pro hac vice*)
                                             JTyminski@Venable.com
                                             VENABLE LLP
                                             1270 Avenue of the Americas, 24th Floor
                                             New York, New York 10020
                                             Tel: (212) 307-5500
                                             Fax: (212) 307-5598

                                             *Attorneys for Defendant W. R. Grace & Co.-Conn.*


**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on June 18, 2021, a copy of the foregoing and a [Proposed] Order were electronically filed in this case and that all counsel of record will be served with copies thereof through that system.


                                                       */s/ Elizabeth C. Rinehart*
                                                       Elizabeth C. Rinehart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Vertellus Holdings LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>W. R. Grace & Co.-Conn.,<br><br>Defendant. | Case No. 1:18-CV-03298-SAG |

### [PROPOSED] ORDER

Upon consideration of Defendant W. R. Grace & Co.-Conn.'s ("Defendant") Motion to Seal Oppositions To Vertellus's *Daubert* Motions (the "Motion"), it is this _____ day of _____, 2021, hereby,

**ORDERED**, that the Motion ought to be, and the same hereby is, **GRANTED**, and it is further,

**ORDERED**, that Defendant's Opposition to Vertellus's Motion to Exclude the Sensitivity Analysis Prepared by Dr. Christine Meyer and Opposition to Vertellus's Motion to Exclude the Opinions of Dr. Wolfgang Hölderich, and supporting memoranda and exhibits (ECF Nos. 176 and 177), are hereby **SEALED**.

**IT IS SO ORDERED**.

_____
Stephanie A. Gallagher
United States District Judge