IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **VERTELLUS HOLDINGS LLC,** *et al.*, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Case No. SAG-18-3298 |
| | * |
| **W.R. GRACE & CO.-CONN.,** | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 11th day of August, 2021, hereby **ORDERED** that W.R. Grace & Co.-Conn.'s ("Grace's") Motion for Summary Judgment, ECF 150, is **GRANTED IN PART and DENIED IN PART**, and Vertellus Holdings LLC; Vertellus Integrated Pyridines LLC; Vertellus LLC; Vertellus Specialty Chemical (Nantong) Co., Ltd.; and Vertellus Shanghai Trading Co., Ltd.'s (collectively "Vertellus's") Cross-Motion for Summary Judgment, ECF 155, is **GRANTED IN PART and DENIED IN PART** as set forth in the accompanying opinion.  Summary judgment as to liability only is granted for Vertellus as to the claim in Count V that Grace breached the contract through its patent disclosures. Judgment shall be **ENTERED** in favor of Grace on Counts I and X and as to claims in Counts II, III, IV, and V relating to the 5710 catalyst.  Judgment shall be **ENTERED** in favor of Vertellus on Grace's Counterclaim.  Additionally, Vertellus is not permitted to recover Grace's alleged saved costs of development as damages.

It is further **ORDERED** that Defendant's Motions to Preclude Testimony of Dr. Colin McAteer, ECF 167; Dr. Enrique Iglesia, ECF 168; and Dr. Patrick Kenney, ECF 169, are **GRANTED IN PART and DENIED IN PART**, as set forth in the accompanying opinion.

It is further **ORDERED** that Plaintiffs' Motion to Exclude Opinions of Dr. Wolfgang Hölderich, ECF 171, is **DENIED**, and Plaintiffs' Motion to Exclude the Sensitivity Analysis Prepared by Dr. Christine Meyer, ECF 173, is **GRANTED**.

Dated:  August  11, 2021                                   /s/
                                                       Stephanie A. Gallagher
                                                       United States District Judge