**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICTJUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>410 962-7780<br>MDD_SAGchambers@mdd.uscourts.gov |

August 29, 2022

LETTER TO COUNSEL

    RE:  <u>Vertellus Holdings LLC, et al. v. W.R. Grace & Co.-Conn.</u>
           Civil No. SAG-18-3298

Dear Counsel:

In preparation for the pretrial conference, please address the following issues:

(1)    Please provide to this Court, on or before **September 7, 2022**, the list of persons and entities required to complete questions 1, 2, and 3 in the parties' joint proposed voir dire. The Court will need to incorporate those lists into a written questionnaire to be used to conduct voir dire, given the jury selection protocols this Court has used since the beginning of the pandemic.

(2)    To the extent that Vertellus still proposes to amend Counts VII, VIII, and IX of its Complaint, and Grace still opposes those amendments, Vertellus should file a written motion for leave to amend on or before **September 8, 2022**, and this Court will set a condensed briefing schedule accordingly.

(3)    It does not appear that the ceremonial courtroom will be available for this trial. Accordingly, it is likely each side will be limited to three or four persons at or near each counsel table in Courtroom 7C. Given the number of attorneys of record in this case, this Court wanted to advise the parties of that possibility in advance, so that relevant decisions can be made.

(4)    This Court needs a one paragraph, very basic synopsis of the facts of this case for use in the jury questionnaire. Please confer and provide a joint synopsis on or before **September 7, 2022**.

Despite the informal nature of this letter, it is an Order of Court and will be docketed as such.

                            Sincerely yours,

                            /s/

                            Stephanie A. Gallagher
                            United States District Judge